No. 810. RAILWAY EXPRESS AGENCY, INC., *v.* VIRGINIA. Appeal from the Supreme Court of Appeals of Virginia. Probable jurisdiction noted. *Robert J. Fletcher, Thomas B. Gay, William H. Waldrop, Jr.* and *H. Merrill Pasco* for appellant. *Albertis S. Harrison, Jr.,* Attorney General of Virginia, and *Frederick T. Gray,* Special Assistant Attorney General, for appellee.